Scott M. Petersen
Clint R. Hansen
**FABIAN VANCOTT**
215 South State Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814

Michael R. Phillips (*pro hac vice*)
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100
Facsimile: (312) 849-3690

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SCHNEIDER FINANCE INC., | |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT** |
| v. | |
| STILLWATER TRUCKING LLC and DAN WELCH, | Civil No. 2:18-cv-00609-JNP-EJF |
| Defendants. | |

Plaintiff, SCHNEIDER FINANCE, INC. ("Plaintiff"), by and through its attorneys, Fabian VanCott and McGuireWoods LLP, hereby gives notice that the Default Judgment entered by the Court on April 23, 2019 (Dkt. 32) has been satisfied by Defendants, STILLWATER TRUCKING LLC and DAN WELCH (collectively, "Defendants").

WHEREFORE, as full and complete satisfaction of said judgment is hereby acknowledged, Plaintiff requests that the Clerk of the Court make an entry indicating the Satisfaction of Judgment in this case.

Dated: July 10, 2019					Respectfully submitted,

							By:  /s/ *Michael R. Phillips*

							*Attorney for Plaintiff Schneider Finance, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2019, I electronically filed the foregoing Plaintiff's Notice of Satisfaction of Judgment with the Clerk of the Court using the ECF system, and served the forgoing document on the following non-ECF members by depositing the same in the U.S. mail before the hour of 5:00 p.m.:

Stillwater Trucking LLC
c/o Dan Welch
10301 North Sandalwood Drive
Cedar Hills, Utah 84062

Dan Welch
10301 North Sandalwood Drive
Cedar Hills, Utah 84062

*Defendants*

                                                   */s/ Michael R. Phillips*
                                                   Michael R. Phillips